In re Seven C’s Properties LLC et al.; Boulet Family, L.L.C.; Stoebner, Mary Edna Miller; Miller, Martin O. II L.L.C.; Martin O. Miller II L.L.C.; Miller, Marie Diane L.L.C.; Marie Diane Miller L.L.C.; EKM L.L.C.; Stoebner, Richard C. Dr.;— Defendants; Applying for Writ of Certiorari and/or Review, Parish of Cameron, 38th Judicial District Court Div. 0, No. 10-15569; to the Court of Appeal, Third Circuit, No. 01-543.
Denied.
TRAYLOR, J., would grant the writ.
KNOLL, J., would grant the writ.